UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   Civil Docket No.: 1:15-cv-3519
VLORA PRENAJ,                                                       (JBW) (SMG)

                               Plaintiff,   **STIPULATION OF**
                                         **VOLUNTARY DISMISSAL**

   -against-

TARGET CORPORATION,

                               Defendant.
----------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for the plaintiff and defendants in the above-titled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all claims asserted by and between the above-noted parties are hereby discontinued with prejudice without costs to any party as against the other.

     IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be filed in counterparts and without further notice with the Clerk of the Court and that a facsimile copy may be considered an original for purposes of filing this Stipulation.

Dated: New York, New York
         January 8, 2016

Simon & Gilman, LLP                         Marshall Dennehey Warner Coleman & Goggin

By: _____              By: _____
     Keith Gilman, Esq.                                 Steven M. Christman
Attorneys for Plaintiff                           Attorneys for Defendant
Vlora Prenaj                                          Target Corporation
91-31 Queens Boulevard, Suite 411           Wall Street Plaza
Elmhurst, New York 11373                    88 Pine Street - 21st Floor
Tel: (718) 459-6200                           New York, New York 10038
File No.: 12-232K                               Tel: (212) 376-6400

SO ORDERED:

_____

LEGAL/103259026.v1